Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation.<br><br>*Defendant*. | No. 18-cv-05276-RBL<br><br>**DECLARATION OF TODD LOGAN** |

I, Todd Logan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Edelson PC, which has been retained to represent Plaintiff Sean Wilson in the above-captioned matter. I am entering this declaration in support of Plaintiff's Motion for Temporary Restraining Order.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. In the *Big Fish* litigation, the parties met and conferred before the Defendants broadcasted to Big Fish users an 800-number that could be used to contact plaintiffs' counsel about that case.

4. While the parties in *Big Fish* ultimately could not agree on the language to be used in a pop-up, the Defendants used an 800-number supplied by plaintiffs' counsel, which was set up as a dedicated line to receive calls about the *Big Fish* litigation.

5. After ordering the new 1-800 number from a vendor, it took eight (8) days for that vendor to activate the line. Thereafter, we had to configure that number to a line at Plaintiff's counsel's office, record a voicemail script, test the line, and train staff to respond to calls.

6. Proper testing of the new 1-800 number proved critical, as it revealed that, for some reason, calls from phones on the Verizon network were not coming through, an issue that took additional time to address and solve with the vendor of the 1-800 number.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of April, 2020 at Incline Village, Nevada.

/s/ Todd Logan