The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated, | Case No. 18-cv-05276-RBL |
| *Plaintiff*, | **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING STAY** |
| v. | |
| HUUUGE, INC., a Delaware corporation, | NOTE ON MOTION CALENDAR: |
| *Defendant*. | August 10, 2020 |

STIPULATED MOTION AND
[PROPOSED] ORDER- i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## I. STIPULATED MOTION TO EXTEND STAY

On July 28, 2020, the Court granted the Parties a second stay of this case, through August 6, 2020, in order to provide the Parties additional time to finalize a class action settlement agreement, and to provide Plaintiff sufficient time to prepare a motion for preliminary approval. *See* Dkt. 95. The Parties have resolved several of their disputes related to finalizing the settlement agreement, and are diligently working with Phillips ADR to promptly resolve the sole outstanding dispute.

The Parties now seek to extend the prior stay through **August 21, 2020**, in order to provide a modest amount of additional time to complete settlement papers. The Parties do not anticipate requesting the Court for any further stays.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached [Proposed] Order.

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2       DATED this 10th day of August, 2020.

3

4   DATED: <u>August 10, 2020</u>         By: <u>/s/ Cecily C. Shiel</u>

5                           Cecily C. Shiel, WSBA #50061

                           cshiel@tousley.com

6                           TOUSLEY BRAIN STEPHENS PLLC

                           1700 Seventh Avenue, Suite 2200

7                           Seattle, Washington 98101

                           Tel: 206.682.5600

8                           Fax: 206.682.2992

9

10  DATED: <u>August 10, 2020</u>         By: <u>/s/ Todd Logan</u>

                           Rafey Balabanian (*admitted pro hac vice*)

11                          rbalabanian@edelson.com

                           Todd Logan (*admitted pro hac vice*)

12                          tlogan@edelson.com

                           EDELSON PC

13                          123 Townsend Street, Ste. 100

                           San Francisco, California 94107

14                          Tel: 415.638.9660

15

                           *Attorneys for Plaintiff and the Putative Class*

16

17  DATED: <u>August 10, 2020</u>         By: <u>/s/ Jamie Drozd Allen</u>

                           Stuart R. Dunwoody, WSBA #13948

18                          Jaime Drozd Allen, WSBA #35742

                           Cyrus E. Ansari, WSBA #52966

19                          DAVIS WRIGHT TREMAINE LLP

                           920 Fifth Avenue, Suite 3300

20                          Seattle, Washington  98104-1610

21                          Tel: (206) 622-3150; Fax: (206) 757-7700

                           Email: jaimeallen@dwt.com

22                          Email: stuartdunwoody@dwt.com

                           Email: cyrusansari@dwt.com

23

24                          *Attorneys for Defendant Huuuge, Inc.*

25

26

27

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED this _____ day of _____, 2020.

5

6

7

_____
RONALD B. LEIGHTON

8

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992