The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>*Defendant.* | No. 18-cv-05276-RBL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The above-captioned matter came before this Court upon Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. Based upon the memoranda, exhibits, and all the files and proceedings herein, the Court finds as follows:

1. The Court grants preliminary approval of the Settlement based upon the terms set forth in the Settlement Agreement.

2. The settlement terms set forth in the Settlement Agreement appear to be fair, adequate and reasonable to the Settlement Class, and the Court preliminarily approves the terms of the Settlement Agreement, including:

   a. A Settlement Fund of $6,500,000;

   b. Incentive Awards, which shall not exceed $10,000 for Plaintiff Sean Wilson and shall not exceed $1,000 for Class Representatives Heidi Hammer;

   c. Attorneys' fees to Settlement Class Counsel, which shall be no more than 30 percent (30%) of the Settlement Fund, plus reimbursement of expenses and;

   d. Settlement Administration Expenses, which together with any anticipated Fee Award and Incentive Award, shall be no more than 30 percent (30%) of the Settlement Fund.

3. The Court grants the Parties' request for certification of the following Rule 23 Settlement Class for the sole and limited purpose of implementing the terms of the Settlement Agreement, subject to this Court's final approval:

> Washington residents (as reasonably determined by IP address information or other information furnished by Platform Providers) who played the Applications on or before preliminary approval of the settlement.[1]

---

[1] Excluded from the Settlement Class are (1) any Judge or Magistrate presiding over this action and members of their families, (2) Defendant, Defendant's subsidiaries, parent companies, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and their current or former officers, directors, and employees, (3) persons who properly execute and file a timely request for exclusion from the settlement class, and (4) the legal representatives, successors or assigns of any such excluded persons.

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL
NO. 18-CV-05276 - 1

4. The Court preliminarily appoints Jay Edelson, Rafey S. Balabanian, Todd Logan, Alexander G. Tievsky, and Brandt Silver-Korn of Edelson PC as Class Counsel, and Plaintiff Sean Wilson along with Heidi Hammer as Settlement Class Representatives.

5. This Court approves, as to form and content, the notice of proposed class action settlement (the "Notice"), in substantially the form attached to the Settlement Agreement as Exhibits B, C and D. The Court approves the procedure for Settlement Class Members to opt out of, or object to, the Settlement as set forth in the Settlement Agreement Notice.

6. The Court directs the mailing of the Settlement Class Notice by email and/or First-Class U.S. mail to the Settlement Class Members in accordance with the schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice, as set forth below, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

| Deadline | Event |
| --- | --- |
| No later than seven (7) days after Execution of the Settlement Agreement | Deadline for Plaintiff to issue subpoena and rider to Platform Providers as described in the Agreement § 4.1. |
| No later than fourteen (14) days after receiving the last data requested in the Agreement § 4.1 | Deadline for Defendant to provide completed Settlement Class List to Class Counsel and the Settlement Administrator |
| No later than seven (7) days after entry of Preliminary Approval | Deadline for Settlement Administrator to provide Notice on the settlement website www.hgsettlement.com |
| No later than thirty-five (35) days after entry of Preliminary Approval | Deadline for Settlement Administrator to mail Notice via Email and/or First-Class U.S. Mail. |
| No later than thirty (30) days prior to the Claims Deadline | Deadline for the Settlement Administrator to send Reminder Notice via email |
| No later than fifty-six (56) days following the Notice Date and no sooner than fourteen (14) days after papers supporting the Fee Award. | Deadline to have postmarked and/or filed a written objection to this Settlement Agreement or a request for exclusion; |

    7.    The Court appoints Angeion Group as the Settlement Administrator.

    8.    The Court adopts the following dates and deadlines:

    9.    The Claims Deadline is scheduled for _____, fifty-six (56) days following the Notice Date.

    10.    Class Counsel shall file a memorandum of points and authorities in support of their motion for approval of attorneys' fees and litigation expenses no later than _____.

    11.    Settlement Class Counsel shall file a memorandum of points and authorities in support of the final approval of the Settlement Agreement no earlier than _____, twenty-one (21) days following the Claims Deadline.

    12.    A final settlement approval fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Settlement Class Counsel, and the Settlement Class Representatives' Incentive Award should be finally approved as fair, reasonable and adequate as to the members of the Settlement Class is scheduled for _____.

**IT IS SO ORDERED**

Dated this \_\_\_ day of _____, 2020

                                                            Ronald B. Leighton
                                            United States District Judge