The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>Defendant. | No. 3:18-cv-05276-RSL<br><br>STIPULATED MOTION AND ORDER TO AMEND PRELIMINARY APPROVAL ORDER |

STIPULATED MOTION AND ORDER TO AMEND
PRELIMINARY APPROVAL ORDER  (No. 3:18-
cv-05276-RSL)

4823-8768-2761v.2 0111480-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1. Pursuant to Local Civil Rule 7(d)(1) and 10(g), Plaintiff Sean Wilson ("Plaintiff") and Defendant Huuuge, Inc. ("HI") hereby jointly move the Court to amend the Court's Preliminary Approval Order (Dkt. 101) to make the deadline for HI to provide the Settlement Class List to Class Counsel and the Settlement Administrator consistent with the deadline set forth in the parties' Settlement Agreement.

2. In the Settlement Agreement, the parties agreed that HI will provide the completed Class List "within fourteen (14) days after receiving the last data" sought by Plaintiffs' subpoenas to the Platform Providers. Dkt. 99-1 at 16. However the Preliminary Approval Order—inadvertently, the Parties believe—requires HI to provide the Class List "no later than 14 days after the Execution of the Settlement Agreement." Dkt. 101 at 5. Because some of the information required for the Class List must first be obtained via subpoenas to the Platform Providers, HI will need the entire time provided in the Settlement Agreement to collect information and provide the Class List.

3. Accordingly, the parties hereby stipulate and jointly move the Court to amend the Settlement Class List deadline, in the Preliminary Approval Order, to "no later than 14 days after receiving the last data" sought by Plaintiffs' subpoenas to the Platform Providers.

DATED this 2nd day of September, 2020.

By: *s/ Todd Logan*
    Rafey Balabanian
    (*admitted pro hac vice*)
    Eve-Lynn Rapp
    (admitted *pro hac vice*)
    Todd Logan
    (admitted *pro hac vice*)
    EDELSON PC
    123 Townsend Street, Suite 100
    San Francisco, California  94107
    Tel: (415) 212-9300
    Fax: (415) 373-9435
    Email: rbalabanian@edelson.com
    Email: erapp@edelson.com
    Email: tlogan@edelson.com

By: *s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Stuart R. Dunwoody, WSBA #13948
    Cyrus E. Ansari, WSBA #52966
    Benjamin J. Robbins, WSBA #53376
    DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300
    Seattle, Washington  98104-1610
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: jaimeallen@dwt.com
    Email: stuartdunwoody@dwt.com
    Email: cyrusansari@dwt.com
    Email: benrobbins@dwt.com

*Attorneys for Huuuge, Inc.*

STIPULATED MOTION AND ORDER TO AMEND PRELIMINARY APPROVAL ORDER  (No. 3:18-cv-05276-RSL) - 1

4823-8768-2761v.2 0111480-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Benjamin H. Richman
(admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312)589-6378
Email: brichman@edelson.com

By: *s/ Cecily C. Shiel*
Cecily C. Shiel, WSBA #50061
TOUSLEY BRAIN STEPHENS
1700 Seventh Avenue, Suite2200
Seattle, Washington 98101
Tel: (206) 682-5600
Email: jstrabuk@tousley.com
Email: cshiel@tousley.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND PRELIMINARY APPROVAL ORDER
(No. 3:18-cv-05276-RSL) - 2

4823-8768-2761v.2 0111480-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## I.  ORDER

IT IS SO ORDERED.

DATED this <u>4th</u> day of September, 2020.

*[signature: MW S Lasnik]*

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Huuuge, Inc.*


By <u>*s/ Jaime Drozd Allen*</u>
    Jaime Drozd Allen, WSBA #35742
    Stuart R. Dunwoody, WSBA #13948
    Cyrus E. Ansari, WSBA #52966
    Benjamin J. Robbins, WSBA #53376
    Davis Wright Tremaine LLP
    920 Fifth Avenue, Suite 3300
    Seattle, Washington  98104-1610
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: jaimeallen@dwt.com
    Email: stuartdunwoody@dwt.com
    Email: cyrusansari@dwt.com
    Email: benrobbins@dwt.com

STIPULATED MOTION AND ORDER TO AMEND PRELIMINARY APPROVAL ORDER  (No. 3:18-cv-05276-RSL) - 3

4823-8768-2761v.2 0111480-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax