The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DEADLINES BY 35 DAYS**<br><br>Noting Date: October 1, 2020 |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RSL<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DEADLINES BY 35 DAYS**<br><br>Noting Date: October 1, 2020 |

UNOPPOSED MTN. AND [PROPOSED] ORDER
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - i
4826-7933-7933v.1 0111480-000001

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company, <br><br> *Defendants*. | No. 18-cv-5277-RSL <br><br> **UNOPPOSED MOTION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DEADLINES BY 35 DAYS** <br><br> Noting Date: October 1, 2020 |
| SEAN WILSON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> HUUUGE, INC., a Delaware corporation, <br><br> *Defendant*. | No. 18-cv-05276-RSL <br><br> **UNOPPOSED MOTION AND [PROPOSED] ORDER CONTINUING SETTLEMENT DEADLINES BY 35 DAYS** <br><br> Noting Date: October 1, 2020 |

UNOPPOSED MTN. AND [PROPOSED] ORDER
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - ii
4826-7933-7933v.1 0111480-000001

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

## UNOPPOSED MOTION

Since the Court entered preliminary approval orders in the above-captioned cases, Class Counsel have worked diligently to keep all settlements on-track. Those efforts have included issuing subpoenas to six technology platforms—Apple, Google, Amazon, Facebook, Microsoft, and Samsung—that possess information necessary to create Class Lists, engaging in dozens of telephonic meet and confers with counsel for the technology platforms, and reaching agreements with the platforms on the vast majority of information necessary to effectuate notice and administer these settlements.

Unfortunately, despite these diligent efforts, neither Class Counsel nor the Settlement Administrators yet possess all information necessary to properly send notice on October 5—the present Notice Date. A synopsis of the status of Class List creation efforts follows:

- **Apple**: for *Kater*, *Thimmegowda*, and *Wilson v. Playtika*, Apple has agreed to produce all necessary information, and class counsel anticipate production within three weeks. Apple has also agreed to produce information in *Wilson v. Huuuge*, but that time table is uncertain.

- **Google:** for *Kater*, *Thimmegowda*, and *Wilson v. Playtika*, Google has agreed to produce all necessary information, and class counsel anticipate production within three weeks. Discussions are ongoing as to *Wilson v. Huuuge.*

- **Facebook:** for *Kater*, *Thimmegowda*, and *Wilson v. Playtika*, Facebook has agreed to produce all necessary information, and class counsel anticipate production within three weeks. Discussions are ongoing as to *Wilson v. Huuuge.*

- **Microsoft:** Microsoft has agreed to produce all necessary information, and Class Counsel anticipate production within three weeks.

- **Samsung:** Samsung, which has an extremely limited role, is making good faith efforts to search for and produce any relevant information it possesses, but has not yet located any such information.

- **Amazon:** Amazon has not agreed to produce any information. Class Counsel and Amazon have fully briefed a motion to compel in the *Kater* case. Amazon has agreed that the Court's ruling as to Plaintiffs' motion to compel in the *Kater* case will control Amazon's production in the *Thimmegowda* and *Wilson v. Playtika* case. Discussions are ongoing as to *Wilson v. Huuuge.*

UNOPPOSED MTN. AND [PROPOSED] ORDER
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1
4826-7933-7933v.1 0111480-000001

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Additionally, Class Counsel just obtained emergency relief from the Court with regard to an issue that, in Class Counsel's view, threatened the fair notice and administration of the *Kater* and *Thimmegowda* settlement. *See* Dkt. 239 (*Kater*); Dkt. 183 (*Thimmegowda*). Class Counsel is now engaging in a thorough review to ensure that no similar issues arise in any of the above-captioned settlements, and respectfully submit that notice should not go out in any of these settlements until that review process—expected to be completed well within the requested 35-day extension window—is complete.

Consequently, Plaintiffs respectfully request that the Court continue all current deadlines by thirty-five (35) days, as set forth in the attached [Proposed] Order.

DATED this 1st day of October, 2020.

Respectfully submitted,

**SUZIE KELLY, CHERYL KATER, MANASA THIMMEGOWDA, and SEAN WILSON,** individually and on behalf of all others similarly situated,

By: /s/ Todd Logan

Todd Logan*
tlogan@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300/Fax: 415.373.9435

By: /s/ Cecily C. Shiel

TOUSLEY BRAIN STEPHENS PLLC
Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600

*Plaintiffs' Attorneys and Class Counsel*
*Admitted *pro hac vice*

UNOPPOSED MTN. AND [PROPOSED] ORDER
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 2
4826-7933-7933v.1 0111480-000001

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  **[PROPOSED] ORDER**

2  Plaintiffs' unopposed motion is **GRANTED.** For each of the above-captioned cases, the

3  Court sets the following amended deadlines and dates:

- **Notice Date**: November 9, 2020
- **Reminder Notice:** December 5, 2020
- **Deadline to File Motions for Final Approval, for Incentive Awards, and for Attorneys' Fees and Costs**: December 14, 2020
- **Claims Deadline:** January 4, 2021
- **Objection/Exclusion Deadline**: January 4, 2021
- **Final Approval Hearing**: February 11, 2021, at 1:30 p.m., or at another date and time that is convenient for the Court

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

UNOPPOSED MTN. AND [PROPOSED] ORDER
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1
4826-7933-7933v.1 0111480-000001

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992