1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7
8
9
10
11
12
13
14

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated, | No. 15-cv-00612-RSL |
| *Plaintiffs*, | **STIPULATION AND ORDER RE: FINAL CLAIMS DETERMINATIONS** |
| *v.* | |
| CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation. | |
| *Defendants*. | |

15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated, | No. 19-cv-00199-RSL |
| *Plaintiffs*, | **STIPULATION AND ORDER RE: FINAL CLAIMS DETERMINATIONS** |
| *v.* | |
| BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, | |
| *Defendants*. | |

26
27

Stipulation And Order - i

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370  •  Fax: 312.589.6378

| | | |
|---|---|---|
| 1 | SEAN WILSON, individually and on behalf of all others similarly situated, | No. 18-cv-5277-RSL |
| 2 | | **STIPULATION AND ORDER RE: FINAL CLAIMS DETERMINATIONS** |
| 3 | *Plaintiff,* | |
| 4 | *v.* | |
| 5 | PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE | |
| 6 | ENTERTAINMENT, LLC, a Delaware limited | |
| 7 | liability company, | |
| 8 | *Defendants.* | |

| | | |
|---|---|---|
| 9 | SEAN WILSON, individually and on behalf of all others similarly situated, | No. 18-cv-05276-RSL |
| 10 | | **STIPULATION AND ORDER RE: FINAL CLAIMS DETERMINATIONS** |
| 11 | *Plaintiff,* | |
| 12 | *v.* | |
| 13 | | |
| 14 | HUUUGE, INC., a Delaware corporation, | |
| 15 | *Defendant.* | |

16

17

18

19

20

21

22

23

24

25

26

27

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

**STIPULATION AND ORDER RE:**
**FINAL CLAIMS DETERMINATIONS**

The Settlement Agreements in these cases confer upon the Settlement Administrators the authority to make final and binding decisions on challenges regarding the validity or amount of any particular claim, and—consistent with the Plans of Allocation—to calculate the final payable amount of all claims. *See, e.g.*, Settlement Agreement(s) ¶¶ 5.2-5.4. But given the scale, nature, and complexity of some individual class members' claims, the Parties and the Settlement Administrators have agreed, subject to Court approval, to delegate that authority (the "Final Claims Determinations") to the Honorable Layn R. Phillips (Fmr.) of Phillips ADR.

Provided the Court grants this motion, Judge Phillips has agreed to make the Final Claims Determinations. Because Judge Phillips already successfully mediated each of the settlements, he is the ideal candidate to fulfill the role. In addition, a member of Judge Phillips' mediation staff has over twenty years' experience in the class action space, including having previously served as a Vice President at a respected claims administrator that was headquartered in Seattle, Washington. Moreover, after consulting with Class Counsel, Judge Phillips has already agreed to implement a set of modest procedures, enumerated in the attached [Proposed] Order, to efficiently make all Final Claims Determinations. And while Judge Phillips and his staff will be reimbursed at their regular hourly rates by the Settlement Funds, Class Counsel do not anticipate that will materially impact class member recoveries, given that the Settlement Administrators will no longer need to make Final Claims Determinations (nor, in turn, will they be reimbursed by the Settlement Funds for doing so).

Consequently, the Parties respectfully request that the Court enter the below [Proposed] Order, approving of Judge Phillips' role making Final Claims Determinations and ability to be fairly reimbursed by the Settlement Funds for fulfilling that role.

//

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

1    DATED this 25th day of January, 2021.

2                                     Respectfully submitted,

3                                     By:  /s/ Todd Logan

4
                                      Rafey S. Balabanian*
5                                     rbalabanian@edelson.com
                                      Todd Logan*
6                                     tlogan@edelson.com
                                      Brandt Silver-Korn
7                                     bsilverkorn@edelson.com
8                                     Edelson PC
                                      123 Townsend Street, Suite 100
9                                     San Francisco, California 94107
                                      Tel: 415.212.9300/Fax: 415.373.9435
10                                    *Class Counsel*

11                                    By:  /s/ Alexander G. Tievsky

12
                                      Jay Edelson*
13                                    jedelson@edelson.com
                                      Alexander G. Tievsky, WSBA #57125
14                                    atievsky@edelson.com
15                                    Edelson PC
                                      350 N LaSalle Street, 14th Floor
16                                    Chicago, IL 60654
                                      Tel: 312.589.6370 / Fax: 312.589.6378
17                                    *Class Counsel*

18                                    By:  /s/ Cecily C. Shiel
19                                    TOUSLEY BRAIN STEPHENS PLLC
                                      Cecily C. Shiel, WSBA #50061
20                                    cshiel@tousley.com
                                      1700 Seventh Avenue, Suite 2200
21                                    Seattle, Washington 98101-4416
                                      Tel: 206.682.5600
22                                    *Plaintiffs' counsel*

23

24                                    *Admitted *pro hac vice*

25

26

27

Stipulation And Order - 2                          **EDELSON PC**
                                          350 N LaSalle Street, 14th Floor, Chicago, IL 60654
                                               Tel: 312.589.6370  •  Fax: 312.589.6378

1

2                     By: *s/ Emily Johnson Henn*

3                     Emily Johnson Henn (*pro hac vice*)
                    ehenn@cov.com

4                     COVINGTON & BURLING LLP
                    3000 El Camino Real

5                     5 Palo Alto Square

6                     Palo Alto, CA 94306
                    Telephone: (650) 632-4700

7

8                     By: *s/ Mark Parris*

9                     Mark Parris (Bar No. 13870)
                    mparris@orrick.com

10                   ORRICK HERRINGTON & SUTCLIFFE LLP
                  701 5th Avenue, Suite 5600

11                   Seattle, WA 98104
                  Telephone: (206) 839-4320

12

13

14                   *Attorneys for Defendants Aristocrat Technologies, Inc., Aristocrat Leisure Limited, Big Fish Games, Inc. and Churchill Downs Inc.*

15

16 DATED: January 26, 2021       By: *s/ Emily Powell*

17                       Angelo J. Calfo, WSBA #27079
                      Emily Dodds Powell, WSBA #49351

18                       CALFO EAKES LLP
                      1301 Second Avenue, Suite 2800

19                       Seattle, WA 98101
                      Tel: 206.407.2200

20                       Fax: 206.407.2224
                      Email: angeloc@calfoeakes.com

21                       Email: emilyp@calfoeakes.com

22 DATED: January 26, 2021       By: *s/ Behn Dayanim*

23                     Behnam Dayanim (*pro hac vice*)
                    PAUL HASTINGS LLP

24                     2050 M Street, NW
                    Washington, DC 20036

25                     Tel: 202.551.1737
                    Email: bdayanim@paulhastings.com

26                   *Attorneys for Defendant Playtika, Ltd.*

27

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

1

2   DATED: January 26, 2021          By: /s/ Jaime Drozd Allen

3                                        Stuart R. Dunwoody, WSBA #13948
                                         Jaime Drozd Allen, WSBA #35742
4                                        Cyrus E. Ansari, WSBA #52966
                                         DAVIS WRIGHT TREMAINE LLP
5                                        920 Fifth Avenue, Suite 3300
                                         Seattle, Washington  98104-1610
6                                        Tel: (206) 622-3150; Fax: (206) 757-7700
                                         Email: jaimeallen@dwt.com
7                                        Email: stuartdunwoody@dwt.com
                                         Email: cyrusansari@dwt.com
8
                                     *Attorneys for Defendant Huuuge*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation And Order - 4

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370  •  Fax: 312.589.6378

1

## **ORDER**

2      The Parties' stipulated motion is **GRANTED.** For each of the above-captioned cases, the

3  Court orders the following:

4
5      1.  The Honorable Layn R. Phillips (Fmr.) of Phillips ADR will make all Final
          Claims Determinations.

6      2.  Specifically, Judge Phillips shall:

7          a.  Determine and work with the Settlement Administrators to implement
              a process by which each claimant shall be informed of the Settlement
8              Administrators' initial determination as to claimant's claim validity,
              Lifetime Spending Amount and, where applicable, Claim Type (*i.e.*,
9              DRP or GLBA versus Non-DRP or GLBA), and that the claimant has
              the right within 21 calendar days of receipt of that notice to challenge
10             that initial determination;

11         b.  Determine and work with the Settlement Administrators, Class
              Counsel, and Defendants' counsel to implement a process by which
12             any claimant shall be able to challenge the Settlement Administrators'
              initial determination as to claim validity (including any late claims),
13             Lifetime Spending Amount and, where applicable, Claim Type;

14         c.  Allow, as to any challenges to the Settlement Administrators' initial
              determination as to claim validity, amount, or type, the Settlement
15             Administrators to first confer with the claimant to explain the
              determination in an effort to resolve the challenge;
16
17         d.  With respect to any unresolved challenges, finally resolve any
              challenges to the Settlement Administrators' initial determinations as
18             to claim validity, Lifetime Spending Amount, and Claim Type;

19         e.  To the extent deemed appropriate and necessary by Judge Phillips,
              retain one or more claims administration consultants to review the
20             Settlement Administrators' models and programming for accuracy and
              to suggest any necessary corrections which will, in the first instance be
21             reviewed by Class Counsel, and then if any issues as to the models and
              programming remains, be recommended to Judge Phillips, who has the
22             non-appealable final binding decision-making authority;

23         f.  Finally determine the amount of each valid claim, consistent with the
              Plan of Allocation; and
24
25         g.  Determine whether any portion of the Settlement Funds should be held
              back as Reserve Funds to address any unforeseen circumstances within
              the claims processes, and if so, work with the Settlement
26             Administrators to implement the distribution of the Reserve Funds to
              approved claimants.

27

Stipulation And Order - 1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

1

2

    3. For the avoidance of doubt, Judge Phillips shall have no authority to increase the size of any Settlement Fund, to seek or order additional discovery from Defendants, nor to otherwise impact any Defendants' liability or other obligations under the Settlement Agreements.

3

4

5

6

    4. Judge Phillips' regular hourly rates, as well as the regular hourly rates of any Phillips ADR staff Judge Phillips may choose to assist with the Final Claims Determinations, along with any authorized consultants retained as deemed appropriate in Judge Phillips' discretion, shall be paid from the Settlement Funds. Fees shall be billed to a particular Settlement and paid from that particular Settlement Fund.

7

8

    5. Judge Phillips shall be provided, and shall treat as Confidential under the protective orders entered in these cases, any documents or information previously provided to or under the control of the Settlement Administrators.

9

10

**IT IS SO ORDERED.**

11

12

    DATED this 26th day of January, 2021.

13

14

15

16

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

Stipulation And Order - 2

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378